UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| FIDEL ENCARNACIÓN,<br>PASQUAL MARTINEZ CARMELO,<br>MARTIN PLUTARCO,<br>NEREIDA QUIROZ,<br>SEFERINO RICARDO,<br>EDEL ROMULO, and<br>ADAN SANTIAGO AGUSTIN,<br><br>       Plaintiffs,<br><br>  vs.<br><br>MARIA DE JESUS ALBA GRANADOS,<br>MARIA ALBA GRANADOS CONTRACTORS,<br>and<br>ANGEL ALBA,<br><br>       Defendants. | CV-11-1244-SU<br><br><br><br>ORDER AWARDING<br>ATTORNEY FEES AND COSTS |

This matter came before the court on plaintiffs' motion for attorney fees. The court having considered all papers filed herein and being otherwise fully informed, it is hereby

ORDERED that plaintiffs shall have judgment against defendant Angel Alba for attorney fees of $ 1,120 and costs of $ 100, for a total of $ 1,220; and it is further

ORDERED that plaintiffs shall have judgment against defendants Maria De Jesus Alba Granados and Maria Alba Granados Contractors jointly and severally in the amount of $2,800 in attorney fees and $ 250 in costs, for a total of $ 3,050; and it is further

ORDERED that interest attributable to the awarded fees and reimbursement of expenses shall accrue at the legal rate from the date of entry of judgment until paid.

The Clerk is directed to enter judgment accordingly.

DATED this 7th day of May, 2012.

_____
Michael H. Simon
United States District Judge

Submitted by:

s/ Adam Jeffries
Adam Jeffries, OSB # 091682
ajeffries@oregonlawcenter.org
Oregon Law Center
328 W. Main Street, Suite A 200
Hillsboro, OR 97123
Tel: 503-726-4381
Fax: 503-726-4382